573

(No. 75-CC-60— )

KROCH'S AND BRENTANO'S, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S ACTION OFFICE, Respondent.

*Opinion filed May 13, 1975.*

KROCH'S AND BRENTANO'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-79— )

RELIANCE ELEVATOR MFG. CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed May 13, 1975.*

RELIANCE ELEVATOR MFG., CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.